Memorandum

of

Law

Williams v. Brimeyer 116 F.3d 351 (8th. Cir. 1997)

Procunier v. Martinez 416 U.S. 396 (1974)

Hammer vs. Ashcroft 512 7.Ed. 961 (7u Cir 2008)

Table of Exhibits

1. Exhibit A. Publication Review
         Determination and Course
         of Action

2. Exhibit B. Receipt from Edward R.
         Hamilton Bookseller Company

3. Exhibit C. Grievance

4. Exhibit D. Letter to Warden Gaetz
         and Grievance Officer
         Appealing Grievance

5. Exhibit D.D. List of books from
         Menard C.C. Library

6. Exhibit E. Grievance Officer's Report

7. Exhibit F. Letter of December 21, 2009
         to ARB

8. Exhibit G. Denial of Grievance at ARB

9. Exhibit H. Letter to Edward Huntly
         Chief Legal Counsel of IDOC/ARB

10. Exhibit I. Letter (August 13, 2010) to
         L. Shemonic

11. Exhibit J. Memo from L. Shemonic
         August 23, 2010

12. Exhibit K. August 24, 2010, Letter to
         L. Shemonic, stating reluctancy
         of sending books out

13. Exhibit K.K. Memo September 5, 2010, from
                 L. Shemonic, stating she
                 have no room to hold books.
                 Returned money voucher

14. Exhibit L. List of Medications,
                along with first 3 being
                Chronic Condition Medications

Exhibit

A.

Publication Review Determination
and Course of Action _

25 of 00

ILLINOIS DEPARTMENT OF CORRECTIONS

**Publication Review Determination and Course of Action**

**MENARD CORRECTIONAL CENTER**
Facility

Offender Name: MUNSON          ID#: N95249          Housing Unit: N 1-29

**Section I:  Publication Review Determination**

Pursuant to 20 Ill. Admin. Code 525, the following publication has been reviewed:

| Publication Name and Volume/Issue Number or Date |
|---|
| BOOK: PHYSICIANS' DESK REFERENCE |

Based upon this review, the following action is recommended

☐ Approval and placement on the Department's Approved Publication List
☐ Conditional approval with the following pages removed: _____     (NOTE:  Offender must complete Section II.)
☒ Denial - The publication is listed on the Disapproved Publication List.
☐ Denial - The publication be disapproved as it contains material determined to:
　☐ Be obscene per 720 ILCS 5/11-20(b).
　☐ Be written in code or facilitates communication between offenders.
　☐ Depict, describe, or encourage activities that may lead to the use of physical violence or group disruption or it facilitates organizational activity without approval of the Chief Administrative Officer.
　☐ Advocate or encourage violence, hatred, or group disruption or it poses an intolerable risk of violence or disruption.
　☐ Encourage or instruct the commission of criminal activity
　☐ Include sexually explicit material that by its nature or content poses a threat to security, good order, or discipline or it facilitates criminal activity.
　☒ Be otherwise detrimental to security, good order, rehabilitation, or discipline, or it might facilitate criminal activity or be detrimental to mental health.
　☒ Other (Specify): DRUGS

Comments: ON THE DISAPPROVED LIST

NOTE:  If the publication(s) have been disapproved, Section II of this form must be completed by the offender.

Reviewed by: L.SHEMONIC          _signature_          10-22-09
Print Name of Publication Review Officer     Signature of Publication Review Officer     Date

☒ Concur     ☐ Do Not Concur (Specify Rationale): _____

D. GAETZ          Donald Gaetz          10-23-09
Print Name of Chief Administrative Officer     Signature of Chief Administrative Officer     Date

**Central Publication Review Committee (Recommended disapprovals only.)**

☐ Concur     ☐ Do Not Concur (Specify Rationale): _____

_____          _____          _____
Print Name of Committee Member     Signature of Committee Member     Date

☐ Concur     ☐ Do Not Concur (Specify Rationale): _____

_____          _____          _____
Print Name of Chief Administrative Officer     Signature of Chief Administrative Officer     Date

**Section II:  Disposal or Course of Action for Publications**          Date of Notice: NOV 0 1 2009

☐ I authorize the removal of the pages referenced above  (If you do not authorize removal, the entire publication will be disapproved and disposed of accordingly.)

If the publication has been disapproved, you have 30 days to have the contraband items disposed of by one of the following methods.  These items will be disposed of in accordance with 20 Ill. Admin. Code 501.230 after the 30 day notice due date.  Please select a method of disposal:

　☐ I authorize the facility to dispose of the publication(s).

　☐ Mail the publication(s) to the following address at my expense (indicate mailing address on voucher).

Name: _____

Address: _____

　☐ Publication(s) will be picked up at the facility on _____ by _____

　☒ I have filed a grievance in accordance with 20 Ill. Admin. Code 504.

_Vernon Munson N95249_          Nov 5 2009
Offender Signature          Date

Distribution:   Publication Review File; Facility Publication Review File; Property File (if applicable)          DOC 0218 (Rev. 9/2006)

26 of 70

ILLINOIS DEPARTMENT OF CORRECTIONS

## Publication Review Determination and Course of Action

### MENARD CORRECTIONAL CENTER
Facility

Offender Name: MUNSON  ID#: N95249  Housing Unit: N 1-29

### Section I:  Publication Review Determination

Pursuant to 20 Ill. Admin. Code 525, the following publication has been reviewed

| Publication Name and Volume/Issue Number or Date |
|---|
| BOOK: COMPLETE GUIDE TO PRESCRIPTION & NON PRESCRIPTIONA DRUGS 2009 |

Based upon this review, the following action is recommended:

☐ Approval and placement on the Department's Approved Publication List
☐ Conditional approval with the following pages removed: _____  (NOTE:  Offender must complete Section II.)
☒ Denial - The publication is listed on the Disapproved Publication List.
☐ Denial - The publication be disapproved as it contains material determined to:
   ☐ Be obscene per 720 ILCS 5/11-20(b).
   ☐ Be written in code or facilitates communication between offenders.
   ☐ Depict, describe, or encourage activities that may lead to the use of physical violence or group disruption or it facilitates organizational activity without approval of the Chief Administrative Officer.
   ☐ Advocate or encourage violence, hatred, or group disruption or it poses an intolerable risk of violence or disruption.
   ☐ Encourage or instruct the commission of criminal activity
   ☐ Include sexually explicit material that by its nature or content poses a threat to security, good order, or discipline or it facilitates criminal activity.
   ☒ Be otherwise detrimental to security, good order, rehabilitation, or discipline, or it might facilitate criminal activity or be detrimental to mental health.
   ☒ Other (Specify): DRUGS

Comments: ON THE DISAPPROVED LIST

NOTE:  If the publication(s) have been disapproved, Section II of this form must be completed by the offender.

Reviewed by: L. SHEMONIC     _Shemonic_     10-23-09
Print Name of Publication Review Officer     Signature of Publication Review Officer     Date

☒ Concur     ☐ Do Not Concur (Specify Rationale): _____

D. GAETZ     Donald Gaetz     10-23-09
Print Name of Chief Administrative Officer     Signature of Chief Administrative Officer     Date

#### Central Publication Review Committee (Recommended disapprovals only.)

☐ Concur     ☐ Do Not Concur (Specify Rationale): _____

Print Name of Committee Member     Signature of Committee Member     Date

☐ Concur     ☐ Do Not Concur (Specify Rationale): _____

Print Name of Chief Administrative Officer     Signature of Chief Administrative Officer     Date

### Section II:  Disposal or Course of Action for Publications

Date of Notice: NOV 0 1 ' 09

☐ I authorize the removal of the pages referenced above.  (If you do not authorize removal, the entire publication will be disapproved and disposed of accordingly.)

If the publication has been disapproved, you have 30 days to have the contraband items disposed of by one of the following methods.  These items will be disposed of in accordance with 20 Ill. Admin. Code 501.230 after the 30 day notice due date.  Please select a method of disposal

   ☐ I authorize the facility to dispose of the publication(s).

   ☐ Mail the publication(s) to the following address at my expense (indicate mailing address on voucher).

Name: _____

Address: _____

   ☐ Publication(s) will be picked up at the facility on _____ by _____

   ☑ I have filed a grievance in accordance with 20 Ill. Admin. Code 504.

_Timus Munson N95349_     _Nov 5 2009_
Offender Signature     Date

Distribution:  Publication Review File; Facility Publication     Printed on Recycled Paper     DOC 0212 (Rev. 9/2008)
Review File; Property File (if applicable)     Nov 5 2009 (Rev. 9/60) 15 AW

27 of 30

Jul 20, 2010   5:10 PM
May 13, 2010   10:30 ...

Exhibit

B.

Receipt from Edward R. Hamilton
Bookseller Company

280/00



4   **Edward R. Hamilton** *Bookseller Company*

**Falls Village, CT 06031-5000**

10370129
James Munson
#N95249 MCC
PO Box 711
Menard, IL 62259

*N 1-29*

137223765      BATCH  08336180

**6**

**20-67**

ORDER RECEIVED: 10/14/2009
AMOUNT PREPAID:   $72.20
 ITEMS ORDERED:      6
 ITEMS SHIPPED:      6

**THE FOLLOWING ITEMS HAVE BEEN SHIPPED:**

| | | | | | |
|---|---|---|---|---|---|
| 6-93 | 1 03Z2-C | New Oxford American Dictionary, SecondEd | 14.95 | 7469357 | DAMAGED W/SOFTWARE |
| 7-81 | 1 06D4-C | Physicians' Desk Reference, 62nd Ed,2008 | 24.95 | 718896X | SHOPWORN |
| 2-15 | 1 15B4-P | Complete Guide to Prescription&Nonpr09Ed | 13.95 | 7303459 | |
| 0-86 | 1 25Z4-C | Carpe Diem: Put a Little Latin in Your L | 5.95 | 7321864 | |
| 0-79 | 1 61MO-P | Diversity and Direction in Psychoanalyti | 3.95 | 7309783 | |
| 2-13 | 1 65V4-P | Neurodevelopmental Mechanisms in Psychop | 4.95 | 7342616 | |

Postage and Handling $3.50

*Removed sent to Publication*
*Review   10-21-09*
*Mailroom*
*3 Books — You will get PAPERWORK.*

If ITEMS ORDERED  and  ITEMS SHIPPED  shown above agree, your order is complete.  If any items were not shipped,
a second shipment and/or a refund by bank check will be made as soon as possible, but in no case later than 60 days.
If all items were shipped but a credit was due you, a refund check has been mailed to you separately.

If you receive a damaged, defective, or incorrect item please do NOT return it.  Just let us know what is wrong and we will correct it.
You may return any item for a refund of its purchase price.  You pay only the postage.

Jul 20,2010    5:10 PM

Exhibit

C.

Grievance

N7-29

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Nov 5 09 | Offender: (Please Print) James Munson | ID#: N95249 |
|---|---|---|

| Present Facility: Menard C.C. | Facility where grievance issue occurred: Menard |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☑ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☑ Other (specify) Books Publication Review,

☐ Disciplinary Report: ____/____/____
    Date of Report             Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**

I ordered a list of various books form the approved bookstore Edward R. Hamilton. However two of the books was kept by the Publication Review and those books were Physician's Desk Reference 62nd Edition 2008 & Complete Guide to prescription & nonprescription Drugs 2009. I later spoke to Officer L. Shennusic Nov 4,09 and asked why was my books denied because of drugs and that the prison library had a variety of the same listed books? (OVER)

**Relief Requested:** To have books given do me.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_James Munson_      N95249      11-05-09
Offender's Signature          (Continue on reverse side if necessary)

RECEIVED DEC 10 2009

GRIEVANCE OFFICE
MENARD CORRECTIONAL CENTER

Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

---

**Counselor's Response (if applicable)**

Date Received: 11 / 9 / 09    ☐ Send directly to Grievance Officer

Response: Publication Review states the books are on the disapproved list from Central Review.

_James Alms_ CCII       _June Alms_       11 / 12 / 09
Print Counselor's Name            Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?
☐ Yes: expedite emergency grievance
☐ No: an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ____/____/____
Chief Administrative Officer's Signature         Date

31d/00



I/nm information and belief and to no responce is het My Shinonie said eventhe the name listed trecks may be in the prison library we have cronces to them there and that the prison do not want us to have the books in mia cells.

If that is the case it cleorly is a violation of my 14th Amendment Equal Protection as well as my 1st Amendment freedom of speech and press for the books to be allowed in the prison library but not allowed in my cell yet I can go to the library and read the books but i it'll be allowed in my cell.

I made the purchase of these serious books because I have a Chronicel Medicel Condition and I would like to be aware of new medication and be able to speck with the phycian knowledgeable about my condition.

Prisons cant just ban books & magazines randomly. Courts require prisons to follow a certain procedure to ban a publication. A prison cant maintain a list of excluded publication, or decide that no materials from a particular organization will be allowed in. It must decide abat each book or mag on a case by case (Williams & Brimeyer 116 73 d 337 (4rd Cir 1997)

Prisons (Minoed) have to show that the denial of these books promote a threat to prison officials, the maintened order security and promoting a down side to prisoners rehabilitation. (Procunier & Martinez, 416 U.S. 391, 1974)

In which the prison can not show because a scerity of this sam books (medical books) are in the prison library for all to check out, nor does it pose any of the listed thrects. As well as there are many other prisoners who have these medical books already.

Therefore the denial of these books are in violation of my 1st & 14th Amendments and may be my 8th Amendment because, the serious mel I'm on could be life threating if mixed with the wrong medication, and if the physicits by doing no miss this it could be a life threating matter so it is also up to me to be well asare of the side effects of serious medication I'm on or being given by the physician held responsibility plays a role in my own life preservation.

Munson N93349

Exhibit

D.

Letter to Warden Goebz & Grievance
Officer Appealing Grievance

James Munson
Reg. No. N 95349
North One 129

Nov 16, 09

Warden D. Gaetz
Grievance Officer

Subject: Medical Books

I stand by the summary of my grievance
and still feel strongly my rights are being violated
by the denial of my books, some of the very same
PDR's are in the prison library.
I've enclosed a list (there marked) of 33 books that's
in the prison library from Complete Drug Reference
to Medical word book & end with Physician's Desk
Reference and all between that deal with medical
matters. Yet I'm not allow to have my own
personal medical books which I was sent in from
the approved bookstore by the prison.
As I stated in my grievance. This is a
denial of my 1st, 14th and may be my 8th Constitutional
Right.
These books pertain to your health &
you knowing your health status. There's already a
proven fact of poor health care here in the prison
(over)

34 of 88

| # | AUTHOR | TITLE | Category |
|---|--------|-------|----------|
| 1 | WHITBURN, JOEL | TOP POP SINGLES 1955-1996 | MUSIC |
| 2 | | | MUSIC |
| 3 | BRAHEIM, KATHRYN | 2005 WRITER'S MARKET | |
| 4 | KATEB, PHILIP | AMERICAN DIABETES ASSOCIATION COMPLETE GUIDE TO DIABETES | DOCUMENTARY MEDIA, EDUCATIONAL MEDIA, NEWS, MEDIA JOURNALISM |
| 5 | CONSUMER REPORTS | COMPLETE DRUG REFERENCE 240 EDITION | DISEASES |
| 6 | MALTIN, LEONARD | 2004 MOVIES VIDEO GUIDE | PHARMACOLOGY AND THERAPEUTICS |
| 7 | BERRY, KEN | THE DIVORCE SOURCE BOOK | PUBLIC PERFORMANCES/MOTION PICTURES |
| 8 | CONSUMER REPORTS | 2005 BUYING GUIDE | PRIVATE LAW |
| 9 | AMERICAN HEART ASSOCIATION | YOUR HEART IN WOMEN'S MANUAL | DISEASES OF CARDIOVASCULAR SYSTEM |
| 10 | SLOANE, SHEILA | THE MEDICAL WORD BOOK | MEDICAL SCIENCE |
| 11 | REBER, ARTHUR | THE PENGUIN DICTIONARY OF PSYCHOLOGY | PSYCHOLOGY |
| 12 | HINSIE, LELAND | PSYCHIATRIC DICTIONARY | DISEASES OF NERVOUS SYSTEM AND MENTAL DISORDERS |
| 13 | BROWN, GERRY | THE 2001 SPORTS ALMANAC | GENERAL ENCYCLOPEDIC WORKS |
| 14 | MCGEVERAN, WILLIAM | THE WORLD ALMANAC 2004 | GENERAL ENCYCLOPEDIC WORKS |
| 15 | DARWIN, SUSANA | ENCYCLOPEDIA BRITANNIC ALMANAC | GENERAL ENCYCLOPEDIC WORKS |
| 16 | WRIGHT, JOHN | THE 2004 NEW YORK TIMES ALMANAC | GENERAL ENCYCLOPEDIC WORKS |
| 17 | IRWIN, CHRISTOPHER | GUINNESS WORLD RECORDS 2001 | GENERAL ENCYCLOPEDIC WORKS |
| 18 | ROTHENBERG, ROBERT | MEDICAL DICTIONARY AND HEALTH MANUAL | MEDICAL SCIENCE |
| 19 | WILSON, JAY | BLACK WALL STREET | INVESTMENT AND INVESTMENTS |
| 20 | GARRISON, OMAR | TANTRA: THE YOGA OF SEX | ORIENTAL PHILOSOPHY |
| 21 | SOEKHANOV, ANNE | ENCARTA WORLD ENGLISH DICTIONARY | DESCRIPTION AND ANALYSIS OF STANDARD ENGLISH |
| 22 | HELICON | ESSENTIAL ATLAS OF THE WORLD | GRAPHIC REPRESENTATION OF SURFACE OF EARTH |
| 23 | SANDERS, DON | THE AMERICAN DRIVE IN MOVIE THEATRE | SPECIFIC TYPES OF STRUCTURES |
| 24 | VISHALI, GAYLA | GUIDE TO MEDICAL CURES & TREATMENT | MEDICAL SCIENCE |
| 25 | MCCRACKEN, THOMAS | NEW ATLAS OF HUMAN ANATOMY | HUMAN ANATOMY CYTOLOGY (CELL BIOLOGY) HISTORY (TISSUE BIOLOGY) |
| 26 | MARGOLIS, SIMEON | JOHNS HOPKINS SYMPTOMS & REMEDIES | DISEASES/DOMESTIC MEDICINE |
| 27 | COSTELLO, ROBERT | AMERICAN HERITAGE COLLEGE DICTIONARY | DESCRIPTION AND ANALYSIS OF STANDARD ENGLISH |
| 28 | GRAY, HENRY | GRAY'S ANATOMY | PROMOTION OF HEALTH |
| 29 | GONZALEZ, MIKE | WEBSTER NEW WORLD SPANISH DICTIONARY | DESCRIPTION AND ANALYSIS OF STANDARD SPANISH |
| 30 | DOLLEMORE, DOUG | NEW CHOICES IN NATURAL HEALING | PHARMACOLOGY AND THERAPEUTICS |
| 31 | RENDEUSER, ROB | OFICIAL NBA GUIDE 2003-2004 | ATHLETIC AND OUTDOOR SPORTS AND GAMES BASKETBALL |
| 32 | HUFF, BARBARA | | ATHLETIC AND OUTDOOR SPORTS AND GAMES |
| 33 | CLAYMAN, CHARLES | PHYSICIANS DESK REFERENCE | MEDICAL SCIENCE (MEDICAL PERSONNEL) |
| 34 | FISHMAN, STEPHEN | THE AMERICAN MEDICAL ASSOCIATION GUIDE TO YOUR FAMILY SYMPTOMS FAMILY'S SYMPTOMS THE COPY RIGHT HAND BOOK | SOCIAL WELFARE PROBLEMS AND SERVICE/PHYSICAL ILLNESS LAW (STATUES) REGULATION CASES |
| 35 | SLOAN, DAVE | 2005 PRO FOOTBALL REGISTER | ATHLETIC AND OUTDOOR SPORTS AND GAMES /FOOTBALL |
| 36 | KAYE, KATHY | THE AMERICAN MEDICAL ASSOCIATION | MEDICAL SCIENCE |
| 37 | DAWOOD, N. J. | THE KORAN | ISLAM |
| 38 | | THE KORAN | ISLAM |
| 39 | | THE NOBLE QURAN | ISLAM |
| 40 | JANREEN | THE QURAN | ISLAM |
| 41 | ASH, RUSSELL | THE TOP 10 OF EVERYTHING 2002 | AMERICAN ENGLISH LANGUAGE ENCYCLOPEDIAS |
| 42 | BRADD, MICHAEL | THE ADDRESS BOOK | GENERAL COLLECTIONS |
| 43 | KAROL, AMY | FOR POCKET GUIDE TO PRESCRIPTION DRUG | PHARMACOLOGY AND THERAPEUTICS |
| 44 | ALI, ABDULLAH | 1999 LIPPINCOTT'S NURSING DRUG GUIDE | PHARMACOLOGY AND THERAPEUTICS |
| 45 | BYERS, MARK | THE QURAN | ISLAM |
| 46 | FARGIS, PAUL | THE MERCK MANUAL | DISEASES/PATHOLOGY |
| 47 | DONE | THE NEW YORK PUBLIC LIBRARY DESK REFERENCE ZIP CODE DIRECTORY | AMERICAN ENGLISH-LANGUAGE ENCYCLOPEDIAS POSTAL COMMUNICATION |

37 o/bo

Oct 14, 2009   0:1

Jul 20,2010   5:10 PM

Everything you need to know about prescription drugs—based on the FDA-approved information published in the Physicians' Desk Reference®

*Why was this drug prescribed to me?*
*What are the benefits and risks of taking this drug?*
*Will I experience any side effects?*
*What questions should I ask my doctor about this prescription?*

You'll find the answers to all these questions and more in this accessible, up-to-the-minute resource. The drug profiles in this unique consumer handbook are drawn from the *Physicians' Desk Reference*®—the trusted guide to safe, effective drug therapy that healthcare professionals have relied on for more than half a century.

The simple, A-to-Z listing of brand-name medications—with convenient generic cross-references—in THE PDR® POCKET GUIDE TO PRESCRIPTION DRUGS™ provides all the information you need about the benefits, risks, and side effects associated with each method of treatment. You'll learn about possible food and drug interactions, pregnancy-related warnings and safety measures, and the symptoms of overdose. Other features include a Disease and Disorder Index, photographs of more than 100 drugs, and a national directory of Poison Control Centers.

"The *PDR*® has been rewritten in language the average mortal can understand."
—The Associated Press

"Brief, lucid entries on major drugs and their side effects." —*The Wall Street Journal*

ISBN 0-7434-7669-7
$5.99 U.S./$10.50 Can.

0 76714 00699 7

ISBN 0-7434-7669-7
47669>

⟨S⟩ UPC

PRINTED IN U.S.A.

PRESCRIPTION DRUGS
The PDR® Pocket Guide to
$15
PDR
42

Based on *Physicians' Desk Reference*®, the Nation's Leading Drug Handbook

9TH EDITION FULLY REVISED & UPDATED

THE SAME INFORMATION YOUR DOCTOR DEPENDS ON

THE
PDR®
Pocket Guide to
PRESCRIPTION DRUGS™

- A-to-Z listing of more than 1,000 brand-name drugs and their generic equivalents
- Easy-to-understand drug profiles—treatment, dosage, side effects, warnings
- A Drug Identification Guide featuring full-color, actual-size photographs

NOT TO BE TAKEN FROM THE LIBRARY





Physicians
Desk
Reference

PDR

36
EDITION
1982

THE
MERCK
MANUAL

SEVENTEENTH
EDITION

CENTENNIAL EDITION

NOT TO BE TAKEN
FROM THE LIBRARY

40 of 00

# MENARD BANNED LIST
## PER ADMINISTRATION

UPDATE: 9-12-2010

Date : 9/13/2010

Illinois Department of Corrections
Adult Banned List

Page 14

| Title | Issue Date | Volume # | Publication # | Title Status |
|---|---|---|---|---|
| AS IS | 1/1/1900 | 0 | 7 | Banned |
| BARELY LEGAL | 7/1/2005 | 12 | 11 | Banned |
| BLACK TAIL | 5/1/2007 | 0 | 0 | Banned |
| BLACK VIDEO ILLUSTRATED | 9/1/2004 | 6 | 5 | Banned |
| BUTTMAN | 7/1/2010 | 13 | 3 | Banned |
| CELEBRITY SKIN | 9/1/2005 | 28 | 143 | Banned |
| CHERI | 1/1/2008 | 0 | 00 | Banned |
| D-CUP | 11/1/2007 | 124 | 0 | Banned |
| FOX | 6/1/2004 | 0 | 0 | Banned |
| GALLERY | 3/1/2004 | 0 | 0 | Banned |
| HIGH SOCIETY | 5/1/2007 | 0 | 0 | Banned |
| HUSTLER | 5/1/2004 | 0 | 0 | Banned |
| JUST 18 | 2/1/2008 | 125 | 00 | Banned |
| MIM NOTES | 4/1/2002 | 0 | 0 | Banned |
| OUI | 7/1/2007 | 0 | 0 | Banned |
| PENTHOUSE FORUM | 4/1/2007 | 0 | 0 | Banned |
| PENTHOUSE LETTERS | 6/1/2004 | 0 | 0 | Banned |
| PLAYERS NASTY | 3/1/2003 | 3 | 12 | Banned |
| REVOLUTION | 3/11/2007 | 0 | 0 | Banned |
| SOURCE | 2/1/2004 | 0 | 0 | Banned |
| TIGHT | 11/1/2008 | 0 | 0 | Banned |
| XXL | 1/1/2004 | 0 | 0 | Banned |

**BRAINWASH (BOOK)**

**NINE DOORS OF MIDGARD (BOOK)**

**AARP GUIDE TO PILLS (BOOK)**

**PSYCHOLOGIST'S DESK REFERENCE (BOOK)**

**ASSASSINATION OF FRED HAMPTON (BOOK)**

**BLACK PANTHERS – HUEY NEWTON (BOOK)**

**DON DIVA**

**OZONE**

## MAGAZINES

## GENERAL

**SIGN LANGUAGE**

**NO FOREIGN LANGUAGE (EXCEPT SPANISH)**

Exhibit

E.

Grievance Officer Report

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

N - 1 - 29

| Grievance Officer's Report |
|---|

Date Received: December 10, 2009     Date of Review: December 11, 2009     Grievance # (optional): 25-12-09

Offender: Munson         ID#: N95249

Nature of Grievance: Publications

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender grieves medical books being denied.

On 11-12-09 counselor responded publication review states the books are on the disapproved list from Central Review.

Grievance officer notes that attached are the DC212 forms for the book "Complete Guide to Prescription and Non Prescription Dugs 2009" and Book "Physicians' Desk Reference". Both forms states that the books are on the disapproved list.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

Jeannette Cowan
Print Grievance Officer's Name        Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: December 14, 2009     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

Donald Gaetz
Chief Administrative Officer's Signature        12/14/09
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

James M Munson
Offender's Signature     N95249     12/31/09
IDs     Date

13 of 20

Jul 20, 2010   5:10 PM

Exhibit

7.

Letter of Dec, 21,2009 to ARB

19 of 20

James Munson
Reg. No. N95249
P.O. Box 711
Menard Ill. 62259

Dec. 31, 09

Administrative Review Board
P.O. Box 19277
Springfield Ill. 62794-9277

Subject: Appealing Grievance #5-12-09

I'm appealing my Grievance
12-31-09 for the matter of Denial of
Medical book which is a violation of my
constitutional rights & I stand on
the stated matters within my grievance.

P/S allow it to be          James Munson
noted that 12/28/09         Reg. No. N95249
the prison went on lock
down. 12/31/09 One Gallery C/O Richard informed
me the library Lady is not making any copies
unless it's an Emergency. I asked C/O Richard
every day since the lock down can I get documents copied.
Response was Library Lady won't come over.

Exhibit

G.

Denial of Grievance at ARB

76 of 77



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**MICHAEL P. RANDLE**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

May 20, 2010

James Munson
Register No. N95249
Menard Correctional Center

Dear Mr. Munson:

This is in response to your grievance received on January 19, 2010, regarding publications (disapproved book "Complete guide to prescription and non prescription drugs 2009"), which was alleged to have occurred at Menard Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This book has been disapproved by the Publications Central Review Committee.

The Grievance Officer's Report (25-12-09) and subsequent recommendation dated December 11, 2009 and approval by the Chief Administrative Officer on December 14, 2009 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Jackie Miller
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Michael P. Randle
Director

cc:   Warden Gaetz, Menard Correctional Center
      James Munson, Register No. N95249