# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**Clerk of Court**

| | | |
|---|---|---|
| 750 Missouri Avenue | | 301 West Main |
| P. O. Box 249 | | Benton, Illinois 62812 |
| East St. Louis, Illinois 62202 | | (618) 439-7760 |
| (618) 482-9371 | **Reply to: East St. Louis** | |

**November 5, 2010**

**NOTIFICATION THAT YOUR COMPLAINT/PETITION**
**HAS BEEN FILED (WITHOUT FEE)**

To:     James Munson
        N95249

Re:     Munson vs. Gaetz et al

Case No.    10-881-DRH

This is to advise you that our office has received your complaint/petition and motion and affidavit in support of request to proceed in forma pauperis. Your request to proceed without payment of fees and cost of security is presently under consideration. When a decision is reached, a copy of the Courts Order will be mailed to you.

Also enclosed are USM-285 process receipt and return forms. A form must be completed for each defendant named in your complaint. Please complete and return the forms as soon as possible.

Please forward all future pleadings/documents/papers to the above address using the above assigned case number.

Sincerely,

NANCY J. ROSENSTENGEL, Clerk


__s/Jo Ann Juengel_____
Deputy Clerk

PS-10
(03/09)